JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CASTRO,<br><br>        Plaintiff,<br><br>   v.<br><br>OCWEN BANK; HSBC BANK; and DOES 1-50,<br><br>        Defendants. | Case No. EDCV 09-542 VAP (RCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: April 22, 2009

                                    VIRGINIA A. PHILLIPS
                            United States District Judge